C5 197 e

```
           UNITED STATES
           DISTRICT COURT
        WESTERN DISTRICT OF PENNSYLVANIA
               ERIE Division

           # 00500463 - AM   am
             August 2, 2005


    Code    Case #    Qty      Amount

   HABEAS C 05-197 e   1 @    5.00
                               5.00 CH


    TOTAL→                    5.00



   FROM: SCI WAYMART
         INMATE GENERAL WELFARE FUND
         WAYMART, PA 18472-0256
         WILLIAM O. LATANASIO FJ7115
```