**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WILLIAM LANTANASIO,** | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **C.A. NO. 05-197 ERIE** |
| | ) | **District Judge Paradise Baxter** |
| **JEFFREY BEARD,** | ) | |
| **Respondent.** | ) | |

**COMMONWEALTH'S MOTION FOR EXTENSION OF TIME**
**TO FILE ANSWER TO WRIT OF HABEAS CORPUS**

**AND NOW**, comes the Commonwealth of Pennsylvania, by and through its representative, Erin C. Connelly, Assistant District Attorney, Erie County, Pennsylvania, and files the within Motion for Extension of Time to File Answer to Writ of Habeas Corpus and in support thereof avers as follows:

1.    The Commonwealth's Answer to Writ of Habeas Corpus is due on September 29, 2005.

2.    Counsel was assigned to the case during the September Trial Term.

3.    In addition undersigned counsel has been involved in preparing for a heavy October  Trial Term

4.    Therefore, the attorney assigned to this case avers that she needs additional time to prepare a responsive answer.

**WHEREFORE**, counsel for the Commonwealth will need additional time to file its Answer to Writ of Habeas Corpus and would respectfully request thirty (30) days time from the original due date.

Respectfully submitted,

_____
Lisa R. Stine, Esquire
Assistant District Attorney
Erie County Court House, Room #301
Erie, PA  1650l
I.D. # 82381

Dated: September 29, 2005

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**WILLIAM LANTANASIO,**          )
      **Petitioner,**          )
                )
  **v.**          )          **C.A. NO. 05-197 ERIE**
                )          **District Judge Paradise Baxter**
**JEFFREY BEARD,**          )
      **Respondent.**          )

## ORDER

    **AND NOW**, this _____ day of _____, 2005, it is hereby ORDERED that

upon consideration of the Commonwealth's Motion for Extension of Time to File Answer to

Writ of Habeas Corpus, the Motion is hereby GRANTED and the filing date is continued to

_____, 2005.

                                       _____

                                       Susan Paradise Baxter
                                       U.S. Magistrate Judge

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WILLIAM LANTANASIO,** | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **C.A. NO. 05-197 ERIE** |
| | ) | **District Judge Paradise Baxter** |
| **JEFFREY BEARD,** | ) | |
| **Respondent.** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I am this day serving a true and correct copy of the Commonwealth's

Answer to Writ of Habeas Corpus in the above-captioned matter in the manner indicated below,

which service satisfies the requirements of the Federal Rules of Civil Procedure.

SERVICE BY FIRST CLASS MAIL

William O. Lantanasio # FJ-7115
SCI-Waymart
P. O. Box 256
Waymart, PA   18472-0256

By:   _____
Lisa R. Stine, Esquire
Assistant District Attorney
Erie County Court House, Room #301
Erie, PA  1650l
I.D. # 82381

Dated: September 29, 2005