## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM LANTANASIO, )<br>      Petitioner, )<br>)<br>v. )<br>)<br>JEFFREY BEARD, )<br>      Respondent. ) | C.A. NO. 05-197 ERIE<br>**District Judge Paradise Baxter** |

### ORDER

**AND NOW**, this _____ day of _____, 2005, it is hereby ORDERED that upon consideration of the Commonwealth's Motion for Extension of Time to File Answer to Writ of Habeas Corpus, the Motion is hereby GRANTED and the filing date is continued to _____, 2005.

 

_____
Susan Paradise Baxter
U.S. Magistrate Judge