# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM LANTANASIO, | : | |
|     Petitioner, | : | |
|         v. | : | C.A. No. 05-197 ERIE |
| | : | |
| JEFFREY BEARD, | : | Magistrate Judge Paradise-Baxter |
|     Respondent | : | |
| | : | |

## PRAECIPE FOR APPEARANCE

Enter the appearance of the undersigned for the Commonwealth in the above-entitled case.

SEND ALL NOTICES TO

s/Raquel L. Taylor
Raquel L. Taylor, Esquire
Assistant District Attorney

Address:  District Attorney's Office
          140 West Sixth Street
          Erie, Pennsylvania   16501

Phone:    (814) 451-6349
Fax No.:  (814)451-6419
E-Mail    rtaylor@eriecountygov.org

I.D. #:   PA90906

Dated:    October 5, 2005