Erie County Clerk of Courts
Erie County Courthouse
140 West Sixth Street
Erie, Pennsylvania, 16501

Re:   William Lantanasio v. Jeffrey Bears,
      Lower Court Docket Number 247 of 2003

*05-197 Erie*

Pursuant to the request made by Magistrate Judge Baxter in the Order relating to the petition for Writ of Habeas Corpus filed at C.A. No. ~~05-157~~ Erie, the state court records relative to Erie County docket number(s) 247 of 2003, are hereby transferred to the federal clerk of court for the United States District Court for the Western District of Pennsylvania.

The undersigned acknowledges receipt of the Erie County Clerk of Court file(s) for docket number(s) 247 of 2003.

_Raquel Taylor_
(Please print name)

_[signature]_
(Signature)

10-5-05
(Date)

**RECEIVED**

**OCT 06 2005**

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA